UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Mark Aussieker, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Global Personals, LLC d/b/a Banglocals, LLC,<br><br>Defendant. | No. 2:20-cv-01386-WBS-DB<br><br>**Order**<br><br>**CLASS ACTION** |

Pursuant to the Parties' stipulation, and for good cause shown, the Defendant may have an additional thirty (30) days from the current deadline to respond to Plaintiff's Complaint until November 16, 2020. The Court also orders the current Status (Pretrial Scheduling) Conference be vacated and rescheduled for December 21, 2020 at 1:30 p.m.

**Dated:  October 14, 2020**

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

**ORDER**     1     **KAZEROUNI LAW GROUP**
**245 FISCHER AVE., SUITE D1**
**COSTA MESA, CA 92626**