UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Mark Aussieker, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Global Personals, LLC d/b/a Banglocals, LLC,<br><br>　　　　　Defendant. | No.  2:20-cv-01386-WBS-DB<br><br>**Order**<br><br>**CLASS ACTION** |

　　　　Pursuant to the Parties' stipulation, and for good cause shown, the Defendant may have an additional thirty (30) days from the current deadline to respond to Plaintiff's Complaint until December 16, 2020. The Court also orders the current Status (Pretrial Scheduling) Conference be vacated and rescheduled for **March 1, 2021 at 1:30 p.m.**  A joint status report shall be filed no later than February 16, 2021.

　　　　Dated:  November 16, 2020

　　　　　　　　　　　　　　　　　　　　　　　_William B. Shubb_
　　　　　　　　　　　　　　　　　　　　　　　WILLIAM B. SHUBB
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

**ORDER**　　　　　　　　　　　　　　　　1　　　　　　　　　　　　　　　KAZEROUNI LAW GROUP
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　245 FISCHER AVE., SUITE D1
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　COSTA MESA, CA 92626