UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Mark Aussieker, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Global Personals, LLC d/b/a Banglocals, LLC,<br><br>Defendant. | No. 2:20-cv-01386-WBS-DB<br><br>**Order**<br><br>**CLASS ACTION** |

Pursuant to the stipulation of plaintiff Mark Aussieker ("Plaintiff") and defendant Global Personals, LLC ("Defendant"), and for good cause shown, Plaintiff's individual claims in this action are dismissed with prejudice and Plaintiff's putative class claims in this action are dismissed without prejudice, with each party to bear their own attorney's fees and costs.

Dated: March 21, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

**ORDER**      1